UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BURGETT, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GOJO INDUSTRIES, INC., | ) ) |
| Defendant. | ) ) ) |

Case No.: 5:20-cv-01218

Judge John R. Adams

I, Robert B. Kapitan, pursuant to 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following is true and correct to the best of my personal knowledge, information, and belief:

1. I am one of the attorneys who represents Representative Plaintiff Jonathan Burgett, and the Opt-In Party Plaintiffs in this case. In addition to Burgett, 29 individuals in the putative collective opted in as Opt-In Party Plaintiffs.

2. Attorney Anthony J. Lazzaro time was left out of the previously filed Declaration. The billing detail is below: ($500/hr) - 15.5

| Date | Description | Hours |
|---|---|---|
| 3/27/20 | Call with Jonathan Burgett re claims against GOJO | 0.7 |
| 5/22/20 | Calls with GOJO employees regarding wage claims | 3.5 |
| 5/19/20 | Calls with GOJO employees regarding wage claims | 1.6 |
| 5/22/20 | Calls with GOJO employees regarding wage claims | 0.6 |
| 5/23/20 | Call with client and send fee agreement | 0.3 |
| 5/27/20 | Call with class rep re complaint | 0.5 |
| 5/27/20 | Calls with GOJO employee regarding wage claims | 0.4 |
| 5/28/20 | Calls with GOJO employee regarding wage claims | 0.2 |
| 6/3/20 | Review and revise complaint | 0.3 |
| 7/14/20 | Letter to opposing counsel re conditional certification | 0.2 |
| 8/3/20 | Conf with Rob re case | 0.9 |
| 9/22/20 | Conf with Rob re temp agencies and joint employer | 0.5 |
| 10/15/20 | Review damage calculations | 0.8 |

| | | |
|---|---|---|
| 10/22/20 | Emails with Rob re conditional certification | 0.2 |
| 10/23/20 | Emails with Rob re conditional certification | 0.1 |
| 10/26/20 | Emails with Rob re conditional certification | 0.2 |
| 11/17/20 | Conf with Rob re status, conditional cert | 0.3 |
| 12/18/20 | Email with Rob re notice | 0.1 |
| 12/28/20 | Prepare notice for mailing; review addresses and envelopes | 0.9 |
| 1/4/21 | Prepare notice for mail and email; enail notice to class | 3.1 |
| 1/21/21 | Call with Rob re Opt In Notices | 0.1 |

/s/Robert B. Kapitan
Robert B. Kapitan (0074327)
Lori M. Griffin (0085241)
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Bldg., Suite 250
34555 Chagrin Blvd.
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
robert@lazzarolawfirm.com

Signed in Summit County, Ohio,
this 21st day of April 2022.